UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

OCT 1 4 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) No. | **4:15CR467 HEA/NAB** |
| ) | |
| KEVIN HUNTSPON, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. At all times relevant to this Indictment, the City of St. Louis was a local government which received benefits in excess of $10,000 in Federal assistance during the one-year period beginning January 1, 2015.

2. At all times relevant to this Indictment, Defendant Kevin Huntspon was employed as a Health Inspector for the City of St. Louis and, in that capacity, unlawfully solicited and received cash payments from R.M., the owner of a grocery store located within the geographic boundaries of the City of St. Louis, in connection with health inspections conducted at R.M.'s grocery store.

3. On or about January 6, 2015, in the City of St. Louis, within the Eastern District of Missouri,

**KEVIN HUNTSPON,**

the Defendant herein, being an agent and employee of the City of St. Louis, did knowingly and corruptly solicit and accept and agree to accept for his own benefit something of value from R.M., to wit, a payment of $200.00 in cash, intending to be influenced and rewarded in connection with a

business, transaction and series of transactions of the City of St. Louis involving something of value of $5,000 or more.

In violation of Title 18, United States Code, Section 666(a)(1)(B).

A TRUE BILL.

_____

FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____

REGINALD L. HARRIS, #48939MO
Assistant United States Attorney